& Indem. Co. v. Lopez-Munoz